UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

First Circuit District                           District of Massachusetts

**05-40081FDS**

| | |
|---|---|
| Stephen A. Bissell,<br>  Plaintiff | )<br>)<br>)<br>) |
| vs. | )   Civil Action Number _____<br>)<br>) |
| South Middlesex Opportunity Council,<br>  Defendant | )<br>) |

Affidavit in Support of Complaint

Now comes the Plaintiff, Stephen A. Bissell, and affirms and says:

1. Plaintiff was hired by Worcester Public Inebriate Program, Inc. ("WPIP") on or about June 18, 1988.

2. WPIP merged with Defendant, South Middlesex Opportunity Council ("SMOC") on or about April 5, 2004, with SMOC as the 'parent' company.

3. Plaintiff was involuntarily terminated (laid off) by Defendant on June 11, 2004.

4. Plaintiff filed a Complaint letter against the Defendant with the Equal Employment Opportunity Commission (the "Commission") dated June 30, 2004. A Charge of Discrimination ("Charge") pursuant to the Age Discrimination in Employment Act of 1967 (ADEA) and Americans with Disabilities Act of 1991 (ADA) was processed by the Commission, signed in front of a Notary Public by the Plaintiff on August 24, 2004, and received by the Commission on August 27, 2004. This Charge was assigned EEOC Number 161-2004-00491.

5. Plaintiff received a Letter of Dismissal and Notice of Rights from the Commission dated April 11, 2005.

6. Plaintiff was born on December 18, 1952, and was 51 years of aged when terminated from employment with the Defendant. Plaintiff further states that he was diagnosed with cervical spondylotic myelopathy (cervical spinal stenosis) on September 15, 2003, and that this condition is permanent.

Signed under pains and penalties of perjury this ___25___ day of __May__, 2005.

*[signature]*
Stephen A. Bissell
54 Crystal Street #1
Worcester, MA  01603
(508) 792 - 0417