AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**District of** _____

Stephen A. Bissell
_____
**Plaintiff**

V.

South Middlesex Opportunity
Council
**Defendant**

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

# 05-40081FDS

**CASE NUMBER:**

I, Stephen A. Bissell _____ declare that I am the (check appropriate box)

petitioner/~~plaintiff~~/movant          other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          Yes          (No)          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
   transactions.

2. Are you currently employed?          Yes          (No)

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
      and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
      and pay period and the name and address of your last employer. June 11, 2004   $539.77
      (2 week pay period)
      WDIP, Inc.
      701 Main St. Worcester MA 01610

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | Yes | (No) |
   | b. Rent payments, interest or dividends | Yes | (No) |
   | c. Pensions, annuities or life insurance payments | Yes | (No) |
   | d. Disability or workers compensation payments | Yes | (No) |
   | e. Gifts or inheritances | Yes | (No) |
   | f. Any other sources | (Yes) | No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

UNEMPLOYMENT COMPENSATION 6-26-04 TO 1-15-05 #392.00 WEEK
DEPT OF TRANSITIONAL ASSISTANCE 1-21-05 TO CURRENT # 812.00 MONTH
FOOD STAMPS 1-21-05 TO CURRENT # 497.00 MONTH

4. Do you have **any** cash or checking or savings accounts?    Yes    (No)

   If "Yes," state the total amount.    _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?    Yes    (No)

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how
   much you contribute to their support.

   COURTNEY BEAUDOIN - DAUGHTER
   EMILEE FLOWERS - DAUGHTER        } #230.00 WEEK CHILD SUPPORT
   JARED BISSELL - SON
   PEYTON BISSELL - SON

I declare under penalty of perjury that the above information is true and correct.

_5-25-2005_          _____
   Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition,
a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and
balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have
been in multiple institutions, attach one certified statement of each account.