# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Stephen A. Bissell | **COURT CASE NUMBER** 05-40081-FDS |
| **DEFENDANT** South Middlesex Opportunity Council (SMOC) | **TYPE OF PROCESS** Summons in a Civil Case |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James T. Cudoly, Executive Director — South Middlesex Opportunity Council, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Howard St. Framingham, MA 01702

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen A. Bissell
54 Crystal St. #1
Worcester, MA 01603

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Defendant business phone: (508) 872-4853

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Stephen A. Bissell
TELEPHONE NUMBER: 508-792-9417
DATE: 6-8-2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 038
District to Serve No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 6-8-05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Susan Shapiro Legal Assist.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 6/17/05    Time: 1400 pm

Signature of U.S. Marshal or Deputy: Cynthia [illegible]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**PRIOR EDITIONS MAY BE USED**      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central (Worcester)_ District of _Massachusetts_

Stephen A. Bissell

V.

South Middlesex
Opportunity Council
(SMOC)

**SUMMONS IN A CIVIL CASE**

CASE **05-40081 FDS**

TO: (Name and address of Defendant)

Mr. James T. Cuddy, Executive Director
South Middlesex Opportunity Council (SMOC)
300 Howard Street
Framingham, MA 01702

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro Se: Stephen A. Bissell
54 Crystal Street #1
Worcester, MA 01603
508-792-0417

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_Matthew Paoletti_ (signature)

(By) DEPUTY CLERK

DATE _6/6/05_

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-17-05 |
| NAME OF SERVER (PRINT) Cynthia DeCaire | TITLE Deputy US Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Susan Shapiro, Legal Assistant

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/17/2005
            Date                Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.