UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN A. BISSELL,<br><br>               Plaintiff,<br><br>v.<br><br>SOUTH MIDDLESEX OPPORTUNITY COUNCIL,<br><br>               Defendant. | Civil Action No. 05-40081 FDS |

**DEFENDANT'S MOTION TO
ENLARGE TIME TO ANSWER OR RESPOND TO COMPLAINT**

Defendant, South Middlesex Opportunity Council, hereby moves to enlarge the time in which it may move, plead, or otherwise respond to Plaintiff's Complaint up through and including July 29, 2005. As grounds for its motion, Defendant states as follows:

1. On May 25, 2005, Plaintiff filed suit against Defendant in the United States District Court for the District of Massachusetts.

2. Defendant needs a short enlargement of time in which to file a responsive pleading to the Complaint because, among other things, Attorney Stacie Collier has been traveling outside the country and will not be returning until Tuesday, July 5, 2005.

3. Neither the parties nor the Court would be prejudiced by enlarging the time to respond.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and enlarge the time in which Defendant may move, plead, or otherwise respond to the Complaint up through and including July 29, 2005.

P125441.1

SOUTH MIDDLESEX OPPORTUNITY
COUNCIL

By its attorneys,

*/s/ Gary J. Oberstein*
*/s/ Stacie Boeniger Collier*
Gary J. Oberstein (BBO# 555241)
Stacie Boeniger Collier (BBO# 645172)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: July 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion to Enlarge Time to Answer or Respond to Complaint was served upon Stephen A. Bissell, 54 Crystal Street #1, Worcester, MA 01603 on the 1st day of July, 2005.