UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen A. Bissell,<br><br>　　　　Plaintiff<br><br>vs.<br><br>South Middlesex Opportunity Council,<br><br>　　　　Defendant | Civil Action Number 05 – 40081 - FDS |

PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO
ENLARGE TIME TO ANSWER OR RESPOND TO COMPLAINT

Now comes the Plaintiff and answers Defendant's Motion to Enlarge Time to Answer or Respond To Complaint up through and including July 29, 2005, as follows:

1. Agree.

2. Accept as fact.

3. Agree.

WHEREFORE, Plaintiff does not object to the Court's granting of Defendant's Motion to Enlarge Time to Answer or Respond to Complaint, up through and including July 29, 2005.

Stephen A. Bissell, *Pro Se*
54 Crystal Street #1
Worcester, MA  01603
(508) 792 - 0417

July 7, 2005

Certificate of Service

I hereby certify that the foregoing Plaintiff's Answer to Defendant's Motion to Enlarge Time to Answer or Respond to Complaint was served upon Ms. Stacie B. Collier, Attorney for Defendant, by mail, to Nixon Peabody LLP, One Citizens Plaza Suite 500, Providence, Rhode Island 02903, this 7th day of July, 2005.