UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN A. BISSELL,
Plaintiff

v.

SOUTH MIDDLESEX OPPORTUNITY COUNCIL,
Defendant

CIVIL ACTION NO. 05-40081-FDS

## Plaintiff's Motion For Appointment of Counsel

Plaintiff, Stephen A. Bissell, hereby moves for appointment of counsel, by the honorable court. As grounds for this motion, Plaintiff states as follows:

1. On May 25, 2005, Plaintiff filed suit against Defendant in the United States District Court for the District of Massachusetts.

2. On May 25, 2005, Plaintiff filed an Application to Proceed without Prepayment of Fees, and Affidavit, pursuant to 28 USC §1915. Said Application to Proceed without prepayment of fees was granted by the court on June 3, 2005.

3. Plaintiff did, on various dates and divers, contact at least three (3) different law firms

to obtain counsel for this matter. Plaintiff further states that Plaintiff's financial status did not afford any counsel who would not act in a Pro Bono manner and stated so in his telephone request. Plaintiff did not receive any affirmative response from any attorney.

4. Plaintiff erroneously was of the opinion that Plaintiff's legal acumen was sufficient to proceed in a Pro Se status for filing the suit and any further proceedings in this manner.

WHEREFORE, Plaintiff requests this Court appoint pro bono counsel to assist Plaintiff in the above entitled matter.

_Stephen A. Bissell_
STEPHEN A. BISSELL, PRO SE
54 CRYSTAL ST. #1
WORCESTER, MA 01603
(508) 792-0417

DATED: July 8, 2005

I hereby certify that the foregoing Plaintiff's Motion for Appointment of Counsel was served upon Stacie R. Collier, Attorney for Defendant, by mail, to Nixon Peabody LLP, One Citizen's Plaza, Providence, RI, 02903, on July 8, 2005.

_Stephen A. Bissell_