UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Central Division (Worcester)

District of Massachusetts

Stephen A. Bissell,
    Plaintiff

vs.

Civil Action Number 05 – 40081 - FDS

South Middlesex Opportunity Council,
    Defendant

NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS

To the Clerk of Court:

1. Please enter this Notice of Plaintiff's Change of Address in the above referenced matter:

2. The below change of residence address for the Plaintiff is effective September 1, 2005:

    9 Sturgis Street

    Worcester, MA  01605

3. Plaintiff's telephone number remains the same.

Stephen A. Bissell, *Pro Se*
9 Sturgis Street
Worcester, MA  01605
(508) 792 – 0417

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon Ms. Stacie B. Collier, Attorney for Defendant, by mail, to Nixon Peabody LLP, One Citizens Plaza Suite 500, Providence, Rhode Island 02903, on August 24, 2005.

August 23, 2005