UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

STEPHEN A. BISSELL               :
                                 :
         Plaintiff,              :
                                 :
V.                               :     C.A. No.: 05-CV-40081 FDS
                                 :
SOUTH MIDDLESEX OPPORTUNITY      :
COUNCIL (SMOC)                   :
                                 :
         Defendant.              :

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Defendant South Middlesex Opportunity Council states that it is not a publicly traded company.

DEFENDANT

SOUTH MIDDLESEX OPPORTUNITY COUNCIL

By its Attorneys,

*/s/ Stacie B.C.*

Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
email: sbcollier@nixonpeabody.com

Dated: September 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Corporate Disclosure Statement was sent by regular mail, postage prepaid to Stephen Bissell, 9 Sturgis Street, Worcester, MA 01605 this 21 day of September, 2005.

*/s/ Stacie B.C.*

P127542.1