UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL | : |
| Plaintiff, | : |
| V. | : C.A. No.: 05-CV-40081 FDS |
| SOUTH MIDDLESEX OPPORTUNITY COUNCIL (SMOC) | : |
| Defendant. | : |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant South Middlesex Opportunity Council ("SMOC") and its counsel hereby certify that they have conferred concerning the following: (a) establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

SOUTH MIDDLESEX OPPORTUNITY
COUNCIL
By its Attorneys,

*[signature]*

Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
E-mail: sbcollier@nixonpeabody.com

Dated: October 17, 2005

P128209.1

SOUTH MIDDLESEX OPPORTUNITY COUNCIL

_____
JOYCE GIACOMMARA

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2005, I delivered a true copy of the within Defendant South Middlesex Opportunity Council's Initial Disclosures via hand to:

> Stephen A. Bissell
> 9 Sturgis Street
> Worcester, Massachusetts 01605

_____
Stacie Boeniger Collier

P128209.1

TOTAL P.03