UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| Stephen A. Bissell : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action Number 05-40081-FDS |
| : | |
| South Middlesex Opportunity : | |
|     Council (SMOC) : | |
|     Defendant : | |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Plaintiff certifies that he is in agreement with (a) the entering into discussion for establishing of a budget, by the Court or other impartial party as may be designated by the Court, for the costs of conducting the full course - and various alternative courses - of all litigation and submitting the result of said discussion to the Court as ordered by the Court, and (b) concurs with the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*[signature]*
Stephen A. Bissell, Pro Se
9 Sturgis Street #1
Worcester, MA 01605
(508) 792 - 0417

October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Certification Pursuant to Local Rule 16.1 was served upon Stacie B. Collier, Attorney for Defendant, to Nixon Peabody LLP, One Citizens Plaza Suite 500, Providence, RI 02903, by mail, on the 5th day of October, 2005.

*[signature]*
Stephen A. Bissell, Pro Se