UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Bissell,</u>
                        Plaintiff(s)

             V.

<u>South Middlesex Opportunity Council,</u>
                        Defendant(s)

CIVIL ACTION

NO. 05-40081-CBS

<u>ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

      After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR Program Panel in Boston, TO BE HEARD WITHIN 60 DAYS, for the following ADR program:

      ____ EARLY NEUTRAL EVALUATION      _X_ MEDIATION
      ____ MINI-TRIAL      ____ SUMMARY JURY TRIAL
      ____ SETTLEMENT CONFERENCE      ____ SPECIAL MASTER
      ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

      Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

     10/21/05                          /s/ F. Dennis Saylor
      DATE                              UNITED STATES DISTRICT JUDGE

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | _X_ | | |