UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| Stephen A. Bissell<br>    Plaintiff<br><br>v.<br><br>South Middlesex Opportunity<br>    Council (SMOC)<br>        Defendant | Civil Action Number 05-40081-FDS |

## MOTION TO REQUEST ALTERNATIVE DISPUTE RESOLUTION (ADR) HEARING TO BE HELD IN DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION COURT VENUE

Now comes the Plaintiff, Stephen A. Bissell, in the above entitled matter, and moves this Honorable Court to allow the Alternative Dispute Resolution (ADR) to be held in District of Massachusetts, Central Division, Worcester Massachusetts Federal Courthouse. As grounds therefore, the Plaintiff submits the following:

(1) Plaintiff and Defendant's Attorney, Stacie B. Collier, signed Consent to Request ADR form on October 18, 2005.

(2) This Court filed and entered an Order of Reference for ADR dated October 21, 2005.

(3) Plaintiff does periodic review of the above entitled matter via his PACER account and was thus made aware of the Electronic Notice of Assignment to ADR Provider Magistrate Judge Marianne B. Bowler, as was filed and entered on November 1, 2005.

(4) Magistrate Judge Bowler is assigned to District of Massachusetts, Eastern Division, located in Boston, Massachusetts Federal Courthouse. To best of Plaintiff's knowledge, no date has been scheduled for this ADR hearing.

(5) Plaintiff is on a fixed income and cost of travel and meals relating to a hearing conducted in District of Massachusetts, Eastern Division Federal Courthouse would place a hardship on Plaintiff's current monthly expenses.

(6) Plaintiff suffers from a neurological disorder and would experience both pain and discomfort in the two-hour travel each way, via MBTA Commuter train and subway, required in attending an ADR hearing in District of Massachusetts, Eastern Division Federal Courthouse.

(7) Plaintiff and Defendant's Attorney have communicated, via email, and Defendant's Attorney will not object to allowing this Motion.

_____
Stephen A. Bissell, Pro Se
9 Sturgis Street #1
Worcester, MA 01605
(508) 792 - 0417

November 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Request Alternative Dispute Resolution (ADR) Hearing to be held in District of Massachusetts, Central Division Court Venue was served upon Stacie B. Collier, Attorney for Defendant, to Nixon Peabody LLP, One Citizens Plaza Suite 500, Providence, RI 02903, by mail, on the 4th day of November, 2005.

_____
Stephen A. Bissell, Pro Se