UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stephen Bissell
          Plaintiff

CIVIL CASE NO.   05-40081

V.

South Middlesex Opportunity Council
          Defendant

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a mediation hearing on Tuesday, January 31, 2006 at 10:15 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court at least 48 hours before the hearing.

SARAH A. THORNTON,
CLERK OF COURT

1/20/2006
Date

By: /s/ Marc K. Duffy
Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)