UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | C.A. No.: 05-CV-40081 FDS |
| : | |
| SOUTH MIDDLESEX OPPORTUNITY : | |
| COUNCIL (SMOC) : | |
| : | |
| Defendant. : | |

### ASSENTED TO MOTION TO RESCHEDULE MEDIATION HEARING

The Defendant, South Middlesex Opportunity Council ("SMOC"), with the assent of Plaintiff, Stephen A. Bissell, hereby moves that the Court reschedule the recently scheduled Mediation Hearing from January 31, 2006 at 10:15 a.m. to any time on either March 2, 2006 or March 17, 2006.

As grounds for this motion, Defendant states as follows:

1. On or about January 20, 2006, Defendant received notice that the Mediation Hearing had been rescheduled from February 1, 2006 to January 31, 2006 at 10:15 a.m.

2. Defendant's attorney has a scheduling conflict on January 31, 2006.

3. Counsel for the Defendant contacted Marc K. Duffy, Deputy Clerk, to reschedule the Mediation Hearing. Mr. Duffy reported that the Court could accommodate a rescheduling of the hearing and requested two dates that were mutually convenient for the parties.

4. Counsel for the Defendant contacted the Plaintiff regarding this motion. Plaintiff stated that he would assent to the Defendant's motion to reschedule the Mediation Hearing. Both

P130931.1

Plaintiff and Attorney Collier are available for a hearing on either March 2, 2006 or March 17, 2006.

5. None of the parties will suffer any prejudice by rescheduling this conference. In fact, if the conference is not rescheduled, the Defendant would instead be prejudiced due to the unavailability of its counsel on that date.

WHEREFORE, Defendant, with the assent of the Plaintiff, respectfully requests that the court reschedule the Mediation Hearing from January 31, 2006 at 10:15 a.m. to either March 2, 2006 or March 17, 2006.

SOUTH MIDDLESEX OPPORTUNITY COUNCIL
By its Attorneys,

/s/ Stacie B. Collier
Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (FAX)
sbcollier@nixonpeabody.com

ASSENTED TO:

STEPHEN A. BISSELL


/s/ Stephen A. Bissell
9 Sturgis Street
Worcester, MA 01605
stephen_a_bissell@yahoo.com

Dated: January 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2006, I sent a true copy of the within Assented to Motion to Reschedule Mediation Hearing, via e-mail and regular, first class mail, to:

>Stephen A. Bissell
>9 Sturgis Street
>Worcester, MA  01605


>/s/ Stacie B. Collier
>Stacie Boeniger Collier