UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL | : |
| Plaintiff, | : |
| V. | : C.A. No.: 05-CV-40081 FDS |
| SOUTH MIDDLESEX OPPORTUNITY COUNCIL (SMOC) | : |
| Defendant. | : |

## WITHDRAWAL OF ASSENTED TO MOTION TO RESCHEDULE MEDIATION HEARING

The Defendant, South Middlesex Opportunity Council ("SMOC"), hereby moves to withdraw the Assented to Motion to Reschedule Mediation Hearing filed electronically with the Court on January 25, 2006 as it is moot. The mediation hearing noticed and ordered by the Court is going forward on January 31, 2006 at 10:15 a.m.

WHEREFORE, Defendant, respectfully requests that the court withdraw the motion requesting that the Mediation Hearing be rescheduled.

SOUTH MIDDLESEX OPPORTUNITY
COUNCIL
By its Attorneys,

/s/ Stacie B. Collier
Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (FAX)
sbcollier@nixonpeabody.com

Dated: January 30, 2006

P131021.1

## CERTIFICATE OF SERVICE

I hereby certify that on this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing ("NEF") and papers copies will be sent to those indicated as non-registered participants on the 30th day of January, 2006.

Non-registered participant:

Stephen A. Bissell
9 Sturgis Street
Worcester, MA  01605


　　　　　　　　　　　　　　　/s/ Stacie B. Collier
　　　　　　　　　　　　　　　Stacie Boeniger Collier