UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | C.A. No.:  05-CV-40081 CBS |
| ) | |
| SOUTH MIDDLESEX OPPORTUNITY ) | |
| COUNCIL (SMOC) ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Carrie J. Campion of the law firm of Nixon Peabody LLP as counsel for the Defendant, South Middlesex Opportunity Council, in the above-captioned action.

Respectfully submitted,

SOUTH MIDDLESEX OPPORTUNITY COUNCIL

By its attorneys,

/s/Carrie J. Campion
Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (Facsimile)

Dated:  January 30, 2006

BOS1563439.1