UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL )<br><br>Plaintiff, )<br><br>V. )<br><br>SOUTH MIDDLESEX OPPORTUNITY )<br>COUNCIL (SMOC) )<br><br>Defendant. )<br>) | C.A. No.: 05-CV-40081 CBS |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the Notice of Appearance of Carrie J. Campion as counsel for Defendant South Middlesex Opportunity Council which was filed electronically will be sent to those indicated as non registered participants on January 30, 2006.

Respectfully submitted,


_____/s/Carrie J. Campion_____
Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (Facsimile)

Dated: January 30, 2006

BOS1563760.1