UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stephen Bissell
                    Plaintiff

V.                                    CIVIL CASE NO.   99-11938

South Middlesex Opportunity Council
                    Defendant

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a mediation hearing on March 23, 2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via Fax at (617) 204-5833 at least 48 hours prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

2/1/2006                              By: /s/ Marc K. Duffy
  Date                                         Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)