*Stephen A. Bissell*

9 Sturgis Street #1
Worcester, MA 01605

February 1, 2006

Honorable Magistrate Judge Marianne B. Bowler
John Joseph Moakley U. S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA  02210

Re: Bissell v. SMOC 04-40081-CBS

Honorable Magistrate Judge Bowler:

Due to unforeseen circumstance, I was unable to attend the Alternate Dispute Resolution (ADR) meeting yesterday.

While walking to catch the bus at around 6:00 A.M., I slipped on a patch of 'black ice'. According to X-ray, the resultant fall broke my right wrist in three places.  I am awaiting contact from the orthopedic surgeon's office to schedule reconstructive surgery for tomorrow.

Enclosed are two documents in verification of this unfortunate incident, an Emergency Room discharge form and a note from my personal physician, Dr. Alan Jackson .  If required by you, I will forward post-operative documents.

It was my intention to attend the ADR in representation of myself.  I would respectfully request that you reschedule the ADR at your convenience.


Very respectfully yours,

Stephen A. Bissell


CC: Mrs. Stacie B. Collier, Attorney for Defendant
    Ms. Carrie J. Campion, Attorney for Defendant

(508) 792 - 0417                          Email:stevebissell@charter.net

ST. VINCENT'S HOSPITAL - WORCESTER MEDICAL CENTER
20 Worcester Center Blvd. -- Worcester, MA 01608 -- (508)798-6025

INSTRUCTIONS FOR << STEPHEN BISSELL >>

Our doctors and staff appreciate your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.
---

FRACTURED WRIST:
You have a fractured wrist. This is most often due to falls on an outstretched hand. If there is significant deformity, this must be corrected in order to insure proper healing; minor fractures without much deformity do not require this type of reduction to heal satisfactorily. The most important part of treatment includes immobilizing the wrist (and sometimes the elbow also) in a splint or cast for 4-6 weeks. Please do not remove your splint or cast that has been applied to treat your injury. Other measures that can help include:
* Keep your wrist elevated on pillows for 3-4 days to reduce swelling. A sling may be used to help rest your injury.
* Apply ice packs over the wrist splint or cast for the next 2-3 days to help control pain and swelling.
* Pain and anti-inflammatory medicine may be needed to help relieve discomfort for the next few days.

Call your doctor or the emergency room right away if you have increased pain or pressure around your injury, or if your hand becomes numb, cold, or pale. Call your doctor to arrange follow-up within the next few days as recommended.
---

PRESCRIPTIONS:
Fill all the prescriptions ordered by your doctor and take them as directed. Generic medicines are as good as brand names, and often less expensive.
* If you have been given an antibiotic, be sure to take all of it.
* Keep your drugs out of the reach of children, in a cool, dry, dark place.
* Don't give your medicine to other people or use it for other illnesses.
* Stop your medicine and call us right away if you have drug allergy sympto or bad side-effects. Call also if you vomit or cannot swallow the medicin
* Bring your medicines with you any time you go to emergency for treatment.
Ask your doctor or pharmacist about drug or food interactions that may be important to know about when taking your prescription or herbal medicines.
---

NARCOTIC PAIN MEDICINE:
You have been prescribed a narcotic for pain relief. These drugs are usuall combined with acetaminophen (Tylenol#3, Percocet, Darvocet, Anexsia, Vicodin or aspirin (Empirin#3, Percodan, Synalgos-DC) for increased effect. Narcotic act on the central nervous system to reduce pain; they also impair mental alertness and physical abilities. We advise you not to drink alcohol, drive car, or operate dangerous equipment when you are taking one of these drugs. Long term use of narcotic pain medications may be habit-forming.

You can lessen stomach irritation from your medicine by taking it with meals or a full glass of water. Common side effects of narcotics are: nausea and vomiting, heartburn, constipation, dizziness, sleepiness, and mood changes. If you have bothersome side effects or symptoms of an allergic reaction (itching, hives, rash), stop taking your medicine and call your doctor or the emergency room right away. Please keep your narcotic medicine well out

of the reach of children.
-------------------------------------------------------------------------
ADDITIONAL INSTRUCTIONS:
  Return to ER if symptoms worsen or change otherwise follow up
  with PCP tomorrow for pre-op clearance for Surgery Thursday with
  Dr Calkins, please call office for furthur questions.
-------------------------------------------------------------------------
FOLLOW-UP CARE:
 Your physician today has been  JENNIFER BADALAMENTI PA-C

 For follow-up care you have been referred to the following doctor or clinic:

        YOUR PCP                              Phone:

        EDWARD CALKINS MD                     Phone: 508-368-3140
        WORCESTER MEDICAL CENTER

Please make an appointment for further treatment in _____ days.  Be sure to
tell your referral doctor or clinic that we have sent you, and bring your
medicines and instructions to the office.  If you had x-rays, an EKG, or lab
tests today, they have been reviewed by your doctor.  We will contact you at
once if other important findings are noted after further review by our staff.
If you do not continue to improve or if your condition worsens, please call
your doctor or the emergency department right away so you can be examined.

I acknowledge receipt of these instructions.  I understand that my condition
may require more care and will arrange for further treatment as recommended.


_____        _____
       Staff Signature                 Patient or Representative Signature
            Tuesday, January 31, 2006 - 12:56 PM

## The Fallon Clinic
### RETURN TO WORK / SCHOOL

Medical Record Site: _____

Name: _____

BISSELL, STEPHEN    F000497059   WPC
12/18/52    SEX M  V# 9942864
JACKSON MD, ALAN    34    DOS 01/31/06
FALLON MEDICAID C PLAN: FC/AC MEDI

_____ is under my care and is:

- ☐ able to return to work / school on / in _____
- ☐ unable to return to work / school and will be re-evaluated on / in _____

with:
- ☐ no restrictions / limitations
- ☐ restrictions / limitations as follows:

_____

_____

Comments: *Mr. Bissell was seen in my office [illegible] for a psychiatric evaluation [illegible]*

Physician's Signature: *[signature]*    Date: *1/31/06*

FORM # 12042 (Rev. 3/93) INV    WHITE COPY • Patient    YELLOW COPY • Chart