**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Stephen A. Bissell
            Plaintiff

V.

South Middlesex Opportunity Counsel
            Defendants

CIVIL ACTION
NO.  05-40081-TSH

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Hillman

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   3/23/2006   I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel  [except   Bissell, pro se   ].

The parties were present in person, or by an authorized officer. [except_____].

The case was:

[X]   Settled.  Your clerk should enter a __60__ day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

    03/23/2006
        DATE

    Marianne B. Bowler, USMJ
        ADR Provider

(ADR Report (Bissell).wpd  - 4/12/2000)                                                                    [adrrpt.]