UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN A. BISSELL,

    Plaintiff,

v.                                                                 Civil Action
                                                                    No. 05-40081-TSH

SOUTH MIDDLESEX OPPORTUNITY
COUNSEL,

    Defendant,

ORDER OF DISMISSAL

March 27, 2006

HILLMAN, M.J.

    This court having been advised by counsel that this case has been settled, it is

ORDERED that this action be dismissed without costs and without prejudice to the right, upon

good cause shown within thirty (60) days, to reopen this action if settlement is not completed.

                                                      By the Court:

                                                      SARAH A. THORNTON, Clerk

                                                      /s/ Lisa B. Roland
                                                      Lisa B. Roland
                                                      Deputy Clerk
                                                      (508) 929-9905