UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| STEPHEN A. BISSELL )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>SOUTH MIDDLESEX OPPORTUNITY )<br>COUNCIL (SMOC) )<br>)<br>Defendant. )<br>) | C.A. No.: 05-CV-40081 CBS |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Stephen A. Bissell, and Defendant, South Middlesex Opportunity Council (SMOC) through their respective attorneys, hereby stipulate that Plaintiff's Complaint in the above-referenced action be dismissed with prejudice and without costs or fees to any party.

Respectfully submitted,

**Stephen A. Bissell**

_____
Stephen A. Bissell

**South Middlesex Opportunity Council (SMOC)**

By its attorneys,

_____
Gary J. Oberstein (BBO No. 555241)
Stacie Boeniger Collier (BBO No. 645172)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (Facsimile)

BOS1583817.2